# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>GEORGE W. FELTS, JR. A/K/A G.W. FELTS; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05907<br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served GEORGE W. FELTS, JR. A/K/A G.W. FELTS, II the above process on the 25 day of January, 2017, at 10:30 o'clock, A M, at 1108 WEST MASTER STREET PHILADELPHIA, PA 19122, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_   )
                             ) SS:
County of _Berks_            )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158352
Case ID #: 4797124

Subscribed and sworn to before me
this _26_ day of _Jan_, 20 _17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PO / Brittnia

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| **Mailer's Name & Address**<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | **Permit Number**<br>123 | | | **MAC Ver. Number**<br>ConnectShip Progistics 6.5 | | |
| | | **Sequence Number**<br>5715-1 | | | **Class of Mail**<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 91719999917037531783 22<br>91719999917037531783 22 | FELTS, JR., GEORGE W. a/k/a GEORGE W. FELTS, II<br>1108 West Master Street<br>Philadelphia, PA 19122 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 1 | | 0.93 | 4.85 | | | 5.78 |
| Cumulative Totals | 1 | | 0.93 | 4.85 | | | 5.78 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

[Round stamp: USPS CONTINENTAL STATION, JAN 24 2017, PHILA, PA 19106]

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt

| | Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Article Number | Check type of mail or service:<br>Certified ☐  ☐ Recorded Delivery (International)<br>COD ☐  ☐ Registered<br>Delivery Confirmation ☐  ☐ Return Receipt for Merchandise<br>Express Mail ☐  ☐ Signature Confirmation<br>Insured ☐ | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling<br>Charge | Actual Value<br>if Registered | Insured<br>Value | Due Sender<br>if COD | DC<br>Fee | SC<br>Fee | SH<br>Fee | RD<br>Fee | RR<br>Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | |
| 3. | | | TO | GEORGE FELTS, JR. a/k/a GEORGE W. FELTS, II<br>FELTS, JR., GEORGE W. a/k/a GEORGE W. FELTS, II<br>1108 West Master Street<br>Philadelphia, PA 19122 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

Affix Stamp Here
(if issued as a
certificate of mailing,
or for additional copies
of this bill)
Postmark and
Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829  $ 001.35⁰  JAN 24 2017

USPS CONTINENTAL STATION
PHILA, PA 19106
JAN 24 2017

| Total Number of Pieces<br>Listed by Sender | Total Number of Pieces<br>Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete by Typewriter, Ink, or Ball Point Pen |
|---|---|---|---|

PS Form **3877**, February 2002 (Page 1 of 2)

USA-158352   Philadelphia County   Sale Date:

GEORGE W. FELTS, JR. a/k/a GEORGE W. FELTS, II

See Privacy Act Statement on Reverse

RCO - Back to Brithni Augushn